1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:25-cv-00378-WBS-CSK
    IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:25-cv-00438-WBS-CSK

13                                              No. 2:25-cv-00542-WBS-CSK

14                                              No. 2:25-cv-00566-WBS-CSK

15                                              No. 2:25-cv-00569-WBS-CSK

16                                              No. 2:25-cv-00570-WBS-CSK

17                                              No. 2:25-cv-00573-WBS-CSK

18                                              No. 2:25-cv-00574-WBS-CSK

19                                              No. 2:25-cv-00575-WBS-CSK

20                                              No. 2:25-cv-00577-WBS-CSK

21

22

23                                              **ORDER**

24

25

26          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                              1

1    proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2    Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4    the Court to open a new case for each attempted new pleading and assign it to the Court for

5    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8    finds they are related to Plaintiff's Alameda County criminal conviction.

9         Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00378, 2:25-cv-00438, 2:25-cv-

10   00542, 2:25-cv-00566, 2:25-cv-00569, 2:25-cv-00570, 2:25-cv-00573, 2:25-cv-00574, 2:25-cv-

11   00575 and 2:25-cv-00577 are DISMISSED; the Clerk of the Court is directed to close these cases.

12   No further filings will be accepted.

13   Dated:  March 7, 2025

14   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2